Bradley J. Woodworth, OSB 85370
E-Mail Address: brad@woodworthlaw.com
Bradley J. Woodworth & Associates, PC
1020 SW Taylor Street, Suite 360
Portland, OR 97205
(503) 226-4644 Telephone
(503) 222-2078 Facsimile
   Of Attorneys for Defendants STEPHAN AND SUZANNE KMETOVA – Lead Counsel

Michael Dell Long, OSB 923773
Email Address: mlong@longlawpc.com
Long Law PC
806 SW Broadway Suite 800
Portland, OR 97205
(503) 546-1515 Telephone
(503) 546-2200 Facsimile
   Of Attorneys for Defendants STEPHAN AND SUZANNE KMETOVA – Co-Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **SLEP-TONE ENTERTAINMENT CORP.**, an Oregon corporation, <br><br>**PLAINTIFF,**<br><br>v.<br><br>**J & W LLC, et. al,**<br><br>an Oregon corporation<br><br>**DEFENDANTS.** | Civil No. 3:11-cv-1205-SI <br><br> NOTICE OF REPRESENTATION <br><br> DEFENDANTS STEPHAN AND SUZANNE KMETOVA ONLY |

PLEASE TAKE NOTICE that STEPHAN KMETOVA AND SUZANNE KMETOVA, HUSBAND AND WIFE, DBA SAILING ON PRODUCTIONS defendants, are represented by lead counsel:

Bradley J. Woodworth, OSB 85370
BRADLEY J. WOODWORTH & ASSOCIATES, PC
Attorneys at Law
1020 S.W. Taylor Street, Suite 360
Portland, Oregon 97205
Phone: 503.226.4644
FAX: 503.222.2078

Page 1 – NOTICE OF REPRESENTATION

1  And by co-counsel:

2  Michael Dell Long, OSB 923773
Long Law PC
3  806 SW Broadway Suite 800
Portland, Oregon  97205
4  Phone: (503) 546-1515
FAX: (503) 546-2200
5

6  and that all pleadings, notices, petitions, and the like may or shall be served upon

7  their attorneys as permitted or required by applicable rule; and that any notice,

8  service or process otherwise required by law or rule to be personally served upon

9  them shall continue to be so.

10  DATED:  November 17, 2011     BRADLEY J. WOODWORTH & ASSOCIATES, PC

11

12

13  /s/ Bradley J. Woodworth
Bradley J. Woodworth, OSB No. 85370
14  Attorney at Law

15

16  DATED: November 17, 2011     LONG LAW, P.C.

17

18  /s/ Michael Dell Long
Michael Dell Long, OSB No. 923773
19  Attorney at Law

20

21

22

23

24

25

26

Page 2 – NOTICE OF REPRESENTATION